IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SERGIO VALDIVIESO, § | |
|     Plaintiff, § | |
| § | |
| v. § | |
| § | C.A. No. 4:21-cv-02214 |
| SOUTHERN CAT, INC., et al., § | |
|     Defendants. § | |

### ORDER GRANTING DEFENDANTS'
### EMERGENCY MOTION TO COMPEL
### RULE 35 EXAMINATIONS OF PLAINTIFF

Defendants Emergency Response Group, LLC, SWS Environmental Services, and Southern Cat, Inc. have filed an Emergency Motion to Compel Rule 35 Examinations of the Plaintiff. After reviewing the Motion, the pleadings, and other documents on file, the Court finds that the Motion is meritorious and should be granted. It is hereby

ORDERED, ADJUDGED and DECREED that the Plaintiff, Sergio Valdivieso, submit to the following examinations under Fed. R. Civ. P. 35:

(1)    A vocational rehabilitation and life care planning examination, conducted by Zoom by Ms. Claire Heusinger, a certified vocational rehabilitation and life care planning expert, at 10:00 a.m. on Wednesday, December 8, 2021; and

(2)  An in-person physical examination, including any requested x-rays, by Dr. Brad Chayet, a board-certified orthopedic surgeon, at 3:00 p.m. on Tuesday, December 21, 2021 at the Orthopedic Center of South Florida, 600 S. Pine Island Road, Suite 300, Plantation, Florida 33324.

SIGNED this _____ day of _____, 2021.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE