IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SERGIO VALDIVIESO, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | C.A. No. 4:21-cv-02214 |
| SOUTHERN CAT, INC., et al., | § | |
|     Defendants. | § | |

### ORDER GRANTING DEFENDANT EMERGENCY RESPONSE GROUP, LLC'S EMERGENCY MOTION TO COMPEL PRODUCTION FROM SWS, AND MOTION FOR SANCTIONS

BE IT REMEMBERED that on this date came on to be considered Defendant Emergency Response Group, LLC's Emergency Motion to Compel and Motion for Sanctions. After reviewing the Motions, the pleadings, and the documents on file, the Court finds that the Motions should be granted. It is hereby

ORDERED, ADJUDGED and DECREED that Defendant Emergency Response Group, LLC's Emergency Motion to Compel Production from SWS and Motion for Sanctions is GRANTED.

SWS Environmental Services is ORDERED to fully respond to Emergency Response Group, LLC's First Requests for Production and Second Requests for Production, in accordance with Rule 34, and without objections, by _____.

It is further ORDERED that SWS Environmental Services shall pay to Brown Sims, attorneys for Emergency Response Group, LLC, within 14 days of this Order, the sum of $3,415 as costs associated with this Emergency Motion to Compel.

ORDERED this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE