United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| Sergio Valdivieso | § § | |
| v. | § § | Civil Action 4:21−cv−02214 |
| Southern Cat, Inc., et al. | § § | |

Notice of Referral

The following motion is referred to Magistrate Judge Peter Bray:

Motion to Compel – #76

Date: December 13, 2021.

Nathan Ochsner, Clerk

By: E. Alexander, Deputy Clerk