# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Sergio Valdivieso, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action H-21-2214 |
| | § | |
| Southern Cat, Inc., et al., | § | |
| Defendants. | § | |

## ORDER

Based on Defendant Emergency Response Group, LLC's representation to the court that a ruling is no longer needed on the motion for sanctions (Dkt. 76), the remaining portion of the motion is denied as moot.

Signed at Houston, Texas, on January 6, 2022.

Peter Bray
United States Magistrate Judge